IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

      Plaintiff,

v.

SHERRY A. DENT,

      Defendant.

Case No. 3:24-CR-30047-NJR-1

## ORDER

**ROSENSTENGEL, District Judge:**

Pending before the Court is a Motion to Authorize Payment from Inmate Trust Account filed by the Government on June 16, 2026. (Doc. 67). The Government seeks an order, pursuant to 18 U.S.C. §§ 3613(a) and 3664(n), authorizing the Bureau of Prisons (BOP) to turn over to the Clerk of Court non-exempt funds held in the inmate trust account of Defendant Sherry A. Dent. The funds would be applied as payment toward the criminal monetary penalties imposed in this case. Dent did not file a response in opposition to the motion.

In support of its motion, the Government notes that on November 5, 2025, the Court sentenced Dent to 46 months in prison and four years of supervised release. (Doc. 62). The Court also ordered Dent to pay a special assessment of $500, of which $450 remained outstanding at the filing of the instant motion.

On May 29, 2026, the Government was informed that Dent had a balance of $24,512.63 in her inmate trust account. The Government explains that, by regulation, the

BOP has possession, custody, or control of the entire amount held in that trust account.

For the reasons stated in the Government's motion, the Motion to Authorize Payment from Inmate Trust Account (Doc. 67) is **GRANTED**. The Bureau of Prisons is **ORDERED** to turn over to the Clerk of Court the amount of $450. The Clerk of Court shall accept the deposit from the funds currently held in the trust account for the following inmate:

Inmate Name:      Sherry A. Dent
Inmate Number:    08990-511
Inmate Facility:     FMC Carswell
                          P.O. Box 27137
                          Fort Worth, TX 76127

The Clerk shall apply these funds as payment toward the criminal monetary penalties owed by Dent in this case. Payments are to be made payable to the Clerk of the District Court, 750 Missouri Avenue, East St. Louis, Illinois 62201. The Government is **ORDERED** to provide a copy of this Order to the Garnishee.

**IT IS SO ORDERED.**

**DATED:   July 17, 2026**

**NANCY J. ROSENSTENGEL**
**United States District Judge**